UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL,<br><br>               Plaintiff,<br><br>     v.<br><br>D. GONZALES, *et al.*,<br><br>               Defendants. | No.  1:19-cv-00822-NONE-JDP<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT CERTAIN CLAIMS AND DEFENDANTS BE DISMISSED<br><br>(Doc. No. 12) |

      Plaintiff Kareem J. Howell ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On October 30, 2019, the assigned magistrate judge screened plaintiff's complaint and found that it stated an Eighth Amendment claim against Defendants Gonzales and Phun, but no other claims.  Plaintiff did not amend his complaint or otherwise respond to the screening order.  On February 4, 2020, the magistrate judge issued findings and recommendations, again finding that plaintiff had stated an Eighth Amendment claim against Defendants Gonzales and Phun, and recommending that all other claims and defendants be dismissed.  Those findings and recommendations were served on plaintiff, and contained notice that objections were due within

fourteen (14) days.  Plaintiff did not object or respond.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on February 4, 2020 (Doc. No. 12), are adopted in full;
2. This action shall proceed on plaintiff's Eighth Amendment claims against Defendants Gonzales and Phun;
3. All other claims and defendants are dismissed;
4. This case is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **July 11, 2020**

UNITED STATES DISTRICT JUDGE

2