UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM HOWELL,<br><br>    Plaintiff,<br><br>v.<br><br>D. GONZALES, ET. AL.;<br><br>    Defendants. | No. 1:19-cv-00822-NONE-HBK<br><br>**ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>(Doc. No. 22) |

      On February 10, 2021, the parties' filed a "Joint Stipulation and Order for Dismissal with Prejudice," stipulating to dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii), with prejudice, noting that the parties have resolved the case in its entirety and stating each party will bear their own attorneys' fees and litigation costs. *See* Doc. No. 22. Considering the parties' Joint Stipulation under Rule 41(a)(1)(A)(ii), this case is dismissed with prejudice. *See Id.*; *see also Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

      Accordingly, it is **ORDERED**:

      1. Pursuant to the parties' Joint Stipulation (Doc. No. 22) this is action is dismissed with prejudice.

      2. The Clerk of Court is respectfully directed to assign this case to a District Court Judge,

terminate any pending motions/deadlines, if appropriate, and close this case.

IT IS SO ORDERED.

Dated:  February 11, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2